**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 21-00166-KD-N |
| ERIC TURRENTINE | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 36) and without any objection having been filed by the parties, Defendant Eric Turrentine's plea of guilty to Count One of the Indictment is now accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **February 18, 2022, at 2:00 p.m.**, in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 8th day of December 2021.

s/KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE